1144

No. 73–783. LICHTENSTEIN *v.* LICHTENSTEIN ET AL. C. A. 3d Cir. Certiorari denied.

No. 73–784. CITY OF CHICAGO ET AL. *v.* GAUTREAUX ET AL.; and

No. 73–785. CHICAGO HOUSING AUTHORITY *v.* GAUTREAUX ET AL. C. A. 7th Cir. Certiorari denied. Reported below: 480 F. 2d 210.

No. 73–789. HOISTING & PORTABLE ENGINEERS, LOCAL 450, INTERNATIONAL UNION OF OPERATING ENGINEERS, AFL–CIO *v.* PENCE CONSTRUCTION CORP. C. A. 5th Cir. Certiorari denied.

No. 73–790. LEAS *v.* SHERER. C. A. 7th Cir. Certiorari denied.

No. 73–792. BROTHERHOOD OF RAILWAY, AIRLINE & STEAMSHIP CLERKS ET AL. *v.* ROTA ET AL. C. A. 7th Cir. Certiorari denied.

No. 73–5297. JONES *v.* SLAYTON, PENITENTIARY SUPERINTENDENT. C. A. 4th Cir. Certiorari denied.

No. 73–5353. THOMPSON *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 73–5375. GILL *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 73–5413. RODRIGUEZ *v.* WAINWRIGHT, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 73–5414. ROOTS *v.* AIRTH. C. A. 5th Cir. Certiorari denied.